JAMES ATTRIDGE [SBN NO. 124003]
Business Trial Lawyer
270 Divisadero Street, #3
San Francisco, CA  94117
Telephone:     (415) 552-3088
Email:  jattridge@attridgelaw.com

Attorney for Plaintiff
GS TRANSPORT, INC.
a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS TRANSPORT INC., | Case No:  CV 12-3470 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATOR'S AUTHORITY** |
| vs. | |
| APPLE, INC., a California corporation; RED ARROW CONSULTING, INC., a Washington corporation; RLI INSURANCE COMPANY, an Illinois corporation, | Date:          April 23, 2013<br>Time:          9:30 a.m.<br>Courtroom:    E |
| Defendant. | |

By stipulated agreement, the parties hereby request the Court to extend the authority of mediator Jonathan Schmidt until May 31, 2013.

Dated:  April 16, 2013          By:       */s/ James Attridge*
                                                   JAMES ATTRIDGE
                                                   Attorneys for Plaintiff
                                                   GS TRANSPORT, INC.


Dated:  April 16, 2013          By:       */s/ Theodore Adkinson*
                                                   Theodore H. Adkinson
                                                   Attorneys for Defendant
                                                   RED ARROW CONSULTING


IT IS SO ORDERED

DATED:  ___April 19___, 2013          _____
                                                         United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATOR'S AUTHORITY – NO. CV 12-3470 EDL