JAMES ATTRIDGE [SBN NO. 124003]
Business Trial Lawyer
270 Divisadero Street, #3
San Francisco, CA 94117
Telephone:    (415) 552-3088
Email: jattridge@attridgelaw.com

Attorney for Plaintiff
GS TRANSPORT, INC.
a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS TRANSPORT INC., | Case No: CV 12-3470 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATOR'S AUTHORITY** |
| vs. | |
| APPLE, INC., a California corporation; RED ARROW CONSULTING, INC., a Washington corporation; RLI INSURANCE COMPANY, an Illinois corporation, | Date:         April 23, 2013<br>Time:         9:30 a.m.<br>Courtroom:  E |
| Defendant. | |

By stipulated agreement, the parties hereby request the Court to extend the authority of mediator Jonathan Schmidt until May 31, 2013.

Dated: April 16, 2013          By:     */s/ James Attridge*
                                        JAMES ATTRIDGE
                                        Attorneys for Plaintiff
                                        GS TRANSPORT, INC.

Dated: April 16, 2013          By:     */s/ Theodore Adkinson*
                                        Theodore H. Adkinson
                                        Attorneys for Defendant
                                        RED ARROW CONSULTING

       IT IS SO ORDERED

DATED:    April 19    , 2013         *Elijah D. Laporte* (signature)
                                     United States Magistrate Judge